George Ritacco

BK-10-13046-
Adv. 11-1008

# CERTIFICATE OF SERVICE

I, _Dessie M. Andrews_ (name), certify that service of this summons and a copy of the complaint was made _February 1, 2011_ (date) by:

FILED
FEB 15 2011
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

- ☐ Mail service: Regular, first class United States mail, postage fully prepaid, addressed to:

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

7010 1060 0000 3614 3844

- ☒ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
  George C. Ritacco
  501 White Water Drive
  Bertram, TX 78605

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _2-1-2011_   Signature _____

Print Name: _Dessie M. Andrews_

Business Address: _6715 Sky Dove Drive_
_Anson, Texas 78747_



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7010 1060 0000 3614 3844**
Expected Delivery Date: **February 2, 2011**
Class: **First-Class Mail**®
Service(s): **Certified Mail**™
**Return Receipt**
Status: **Notice Left**

We attempted to deliver your item at 8:47 am on February 02, 2011 in BERTRAM, TX 78605 and a notice was left. You may arrange redelivery by visiting www.usps.com/redelivery or calling 800-ASK-USPS, or may pick up the item at the Post Office indicated on the notice. If this item is unclaimed after 15 days then it will be returned to the sender. Information, if available, is updated periodically throughout the day. Please check again later.

Detailed Results:

- **Notice Left, February 02, 2011, 8:47 am, BERTRAM, TX 78605**
- **Arrival at Unit, February 02, 2011, 7:47 am, BERTRAM, TX 78605**
- **Acceptance, February 01, 2011, 3:52 pm, AUSTIN, TX 78704**

Track & Confirm
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA